[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 12.]

THE STATE OF OHIO, APPELLEE, *v.* DANIELS, APPELLANT.

[Cite as *State v. Daniels*, 1998-Ohio-696.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(Nos. 98-669 and 98-810—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 97APA06-830.

_____

*Ronald J. O'Brien*, Franklin County Prosecuting Attorney, and *Steven L. Taylor*, Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson*, Franklin County Public Defender, and *Allen V. Adair*, Assistant Public Defender, for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____